CJR/2007R00927

FILED _____ ENTERED
LODGED _____ RECEIVED

AUG 1 1 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                            DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-09-0432 |
| | * | |
| CHRISTOPHER BECKNER a/k/a Tony, | * * | (Conspiracy to Distribute and Possess With Intent to |
| | * | Distribute Narcotics, 21 |
| MARK MILLIGAN, Jr, | * | U.S.C. §846; Distribution Of Narcotics, |
| | * | 21 U.S.C. §841(a)(1); |
| RANDY LEE DAVIS, | * | Attempted Possession With Intent To |
| | * | Distribute Narcotics, 21 U.S.C. §846; |
| BRIAN DAVIS, | * | Aiding and Abetting, 18 U.S.C. § 2) |
| | * | |
| ROBERT LINK, | * | |
| | * | |
| HOWARD WAYNE FANNIN, | * | |
| | * | |
| MELINDA LEWIS, | * | |
| | * | |
| BRYAN TIMOTHY CURTIS, | * | |
| | * | |
| BRIAN RAYMOND CURTIS, | * | |
| | * | |
| Defendants | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Beginning on or about June 15, 2007, and continuing through on or about July 22, 2009, in the District of Maryland,

CHRISTOPHER BECKNER
a/k/a Tony,

MARK MILLIGAN, Jr,
RANDY LEE DAVIS,
BRIAN DAVIS,
ROBERT LINK,
HOWARD WAYNE FANNIN,
MELINDA LEWIS,
BRYAN TIMOTHY CURTIS,
and
BRIAN RAYMOND CURTIS,

the defendants herein, did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to intentionally and unlawfully distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a) (1).

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges:

On or about June 15, 2007, in the District of Maryland,

**CHRISTOPHER BECKNER**
a/k/a Tony
and
**MARK MILLIGAN, Jr.**

the defendants herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland further charges:

On or about July 5, 2007, in the District of Maryland,

**CHRISTOPHER BECKNER**
a/k/a Tony

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT FOUR

The Grand Jury for the District of Maryland further charges:

On or about August 15, 2007, in the District of Maryland,

**CHRISTOPHER BECKNER**
**a/k/a Tony**

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT FIVE

The Grand Jury for the District of Maryland further charges:

On or about September 12, 2007, in the District of Maryland,

**CHRISTOPHER BECKNER**
**a/k/a Tony**
**and**
**RANDY LEE DAVIS**

the defendants herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT SIX

The Grand Jury for the District of Maryland further charges:

On or about November 6, 2008, in the District of Maryland,

**CHRISTOPHER BECKNER**
**a/k/a Tony**
**and**
**RANDY LEE DAVIS**

the defendants herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT SEVEN

The Grand Jury for the District of Maryland further charges:

On or about January 31, 2009, in the District of Maryland,

### RANDY LEE DAVIS

the defendant herein, did knowingly, intentionally and unlawfully attempt to possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §846
18 U.S.C. § 2

## COUNT EIGHT

The Grand Jury for the District of Maryland further charges:

On or about March 12, 2009, in the District of Maryland,

**CHRISTOPHER BECKNER**
**a/k/a Tony**
**and**
**MARK MILLIGAN, Jr.**

the defendants herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## **COUNT NINE**

The Grand Jury for the District of Maryland further charges:

On or about March 25, 2009, in the District of Maryland,

### **ROBERT LINK**

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT TEN

The Grand Jury for the District of Maryland further charges:

On or about April 7, 2009, in the District of Maryland,

### ROBERT LINK

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.


21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT ELEVEN

The Grand Jury for the District of Maryland further charges:

On or about April 16, 2009, in the District of Maryland,

## ROBERT LINK

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT TWELVE

The Grand Jury for the District of Maryland further charges:

On or about April 22, 2009, in the District of Maryland,

## RANDY LEE DAVIS

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## **COUNT THIRTEEN**

The Grand Jury for the District of Maryland further charges:

On or about July 21, 2009, in the District of Maryland,

**CHRISTOPHER BECKNER**
a/k/a Tony
and
**MARK MILLIGAN, Jr.**

the defendants herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

## COUNT FOURTEEN

The Grand Jury for the District of Maryland further charges:

On or about July 22, 2009, in the District of Maryland,

**ROBERT LINK**

the defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic controlled substance.

21 U.S.C. §841(a)(1)
18 U.S.C. § 2

*[signature]*
Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

8-11-09
Date